U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American Federation of Government Employees, AFL-CIO

vs

Equal Employment Opportunity Commission, et al.
No. 1:05-CV-01035

AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons, Complaint with Exhibits 1-3, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:52 am on May 23, 2005, I served United States Attorney c/o Civil Process Clerk at 501 3rd Street, NW, Washington, DC by serving Lori Cox, Legal Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     39
HEIGHT-  5'0"
HAIR-    BLACK
WEIGHT-  100
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  05-24-05
             Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 152886

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO

              Plaintiffs,

V.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, et al.

              Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CASE NUMBER 1:05CV01035

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 05/20/2005

TO: (Name and address of Defendant)

United States Attorney
Attn: Civil Process Clerk
555 4th Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark D. Roth, General Counsel
Charles Hobbie, Deputy General Counsel
Sarah J. Starrett, Supervisory Attorney
American Federation of Government Employees
80 F Street, NW
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      MAY 2 0 2005

CLERK                                           DATE

*[signature]*
(By) DEPUTY CLERK