UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05CV01035 (RCL) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

For the reasons set forth below, defendant hereby respectfully moves for a 30-day extension of time, to and including July 22, 2005, in which to file the agency's response to plaintiffs' complaint.

1. The defendant's response to plaintiffs' answer is currently due on June 22, 2005. No previous extensions have been granted.

2. Counsel for the government has several deadlines and commitments in other cases, many of which pre-dated the recent assignment of this case.

3. In a telephone conversation on June 21, 2005, plaintiffs' counsel Sarah Starrett advised undersigned counsel that she does not oppose an extension of time, to and including July 22, 2005.

## **CONCLUSION**

For the foregoing reasons, the Court should grant the defendant's motion for an extension of time, to and including July 22, 2005, in which to file defendant's response to plaintiffs' complaint.

Dated:  June 22, 2005                                          Respectfully submitted,

                                                                        PETER D. KEISLER
                                                                        Assistant Attorney General

                                                                       KENNETH L. WAINSTEIN
                                                                       United States Attorney

                                                                       _____

                                                                       ARTHUR R. GOLDBERG
                                                                       CARLOTTA P. WELLS
                                                                       U.S. Department of Justice
                                                                       P.O. Box 883
                                                                       Washington, D.C. 20044
                                                                       (202) 514-4522 (telephone)
                                                                       (202) 616-8470 (facsimile)

                                                                       Counsel for Defendant