UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO )<br><br>Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Defendant. | Case No. 1:05CV01035 (RCL) |

**PROPOSED ORDER**

Upon consideration of defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, it is hereby

ORDERED that the time for defendant' to file the answer or otherwise respond to plaintiffs' Complaint is extended to and including July 22, 2005.

_____          _____
Date                                                  ROYCE C. LAMBERTH
                                                           U.S. DISTRICT JUDGE