UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF )<br>GOVERNMENT EMPLOYEES, AFL-CIO )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>EQUAL EMPLOYMENT )<br>OPPORTUNITY COMMISSION, )<br>)<br>    Defendant. )<br>_____) | Case No. 1:05CV01035 (RCL) |

**Notice of Appearance**

PLEASE TAKE NOTICE that Carlotta P. Wells hereby appears as counsel of record for Defendant. All pleadings, correspondence, and other papers should be served upon Defendant at the following address:

> Carlotta P. Wells
> Senior Counsel
> Federal Programs Branch
> Civil Division
> U. S. Department of Justice
> P.O. Box 883
> Washington, D.C. 20044

Ms. Wells can be reached by telephone at (202) 514-4522. Faxes may be sent to (202) 307-0449 or 616-8470.

Dated: June 22, 2005                    Respectfully submitted,

                                                                         PETER D. KEISLER
                                                                         Assistant Attorney General

KENNETH L. WAINSTAIN.
United States Attorney

_____/s/_____
ARTHUR R. GOLDBERG
CARLOTTA P. WELLS
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
(202) 514-4522 (telephone)
(202) 616-8470 (facsimile)

Counsel for Defendants