AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AMERICAN FEDERATION OF
GOVERNMENT EMLOYEES, AFL-CIO   )
        Plaintiff(s)    )    **APPEARANCE**
                      )
                      )
         vs.        )    CASE NUMBER  1:05CV01035 (RCL)
EQUAL EMPLOYMENT OPPORTUNITY  )
COMMISSION, et al.           )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Mark D. Roth__ as counsel in this
                                (Attorney's Name)

case for: __American Federation of Government Employees, AFL-CIO__
                     (Name of party or parties)

July 8, 2005
Date

*[signature: Mark D. Roth]*
Signature

Mark D. Roth
Print Name

D.C. Bar No. 235473
BAR IDENTIFICATION

80 F Street, NW
Address

Washington, DC    20001
City    State    Zip Code

(202) 639-6424
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Entries of Appearances for Mark D. Roth and Charles A. Hobbie to be filed electronically with the Court through the ECF system on this 11th day of July, 2005, and that the documents are available for viewing and downloading from the ECF system.

*Lauri Smith*
Lauri Smith
American Federation of
 Government Employees, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
(202) 639-6426

{00207464.DOC}