UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF ) <br> GOVERNMENT EMPLOYEES, AFL-CIO ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, et al. ) <br> ) <br>    Defendants. ) <br> _____) | Case No. 1:05CV01035 (RCL) |

**DEFENDANTS' MOTION TO DISMISS OR, IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants hereby move to dismiss plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), for lack of standing, and 12(b)(6), for failure to state a claim. In the alternative, defendants move for summary judgment in accordance with Federal Rule of Civil Procedure 56. The reasons in support of this motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated: July 22, 2005

                                          Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          KENNETH L. WAINSTEIN
                                          United States Attorney

                                          _____/s/_____
                                          ARTHUR R. GOLDBERG
                                          CARLOTTA P. WELLS
                                          U.S. Department of Justice
                                          P.O. Box 883
                                          Washington, D.C. 20044
                                          (202) 514-4522 (telephone)
                                          (202) 616-8470 (facsimile)

                                                                Counsel for Defendants

OF COUNSEL:

PEGGY R. MASTROIANNI  
Associate Legal Counsel  
THOMAS J. SCHLAGETER  
Assistant Legal Counsel  
JAMES G. ALLISON  
Attorney  
Equal Employment Opportunity Commission  
1801 L Street, N.W.  
Washington, D.C.  20507