**Exhibit 2**

REGULAR NOTATION VOTING RECORD

Date: 03/23/2005
Page:    1

```
Number : A5-016R                          Overall Vote: Approved
                                       Date Circulated: 03/22/2005
 Office: OFFICE OF THE CHAIR                  Date Due: 03/23/2005
Contact: LEONORA L. GUARRAIA            Date Finalized: 03/23/2005

            Description                     Commissioners' Votes

                                            CD NE LS SI
SCHEDULING A COMMISSION MEETING AT 1:00PM ON THURSDAY,   01 01 01 02
MARCH 24, 2005, WITH LESS THAN ONE WEEK'S NOTICE, TO
CONSIDER THE SPRING 2005 REGULATORY AGENDA.
```

*Approved: (3-1) / Dissapd (I)*
*3/23/05*

REGULAR NOTATION VOTE


Regular Notation Vote#: A5-016R

Office: OFFICE OF THE CHAIR

Contact: LEONORA L. GUARRAIA

Date Circulated: March 22, 2005

Consideration Period Ends: March 23, 2005 *Noon*


SCHEDULING A COMMISSION MEETING AT 1:00PM ON THURSDAY, MARCH 24, 2005, WITH LESS THAN ONE WEEK'S NOTICE, TO CONSIDER THE SPRING 2005 REGULATORY AGENDA.



COMMISSIONER'S ACTION SHEET
FOR: CHAIR Cari M. Dominguez

Regular Notation Vote#: A5-016R                    Circulation FROM: 03/22/05
                                                              TO: 03/23/05 *Noon*

       Abstain                                           Recused
        [ ]                                               [ ]


Description                                              APP    DAPP
-------------------------------------------------
SCHEDULING A COMMISSION MEETING AT 1:00PM ON             [✗]    [ ]
THURSDAY, MARCH 24, 2005, WITH LESS THAN ONE
WEEK'S NOTICE, TO CONSIDER THE SPRING 2005
REGULATORY AGENDA.

RECEIVED
OFFICE OF THE CHAIR
2005 MAR 23 A 9:38


*Cari M. Dominguez*                    3/23/05
Signature                              Date

Please return one copy of this form to the Executive Secretariat's
Office.

SR

COMMISSIONER'S ACTION SHEET
FOR: VICE CHAIR Naomi C. Earp

Regular Notation Vote#: A5-016R           Circulation FROM: 03/22/05
                                                      TO: 03/23/05 Noon

         Abstain                              Recused
          [ ]                                  [ ]

Description                                   APP    DAPP
-----------------------------------------
SCHEDULING A COMMISSION MEETING AT 1:00PM ON   [X]    [ ]
THURSDAY, MARCH 24, 2005, WITH LESS THAN ONE
WEEK'S NOTICE, TO CONSIDER THE SPRING 2005
REGULATORY AGENDA.

RECEIVED
OFFICE OF THE CHAIR
2005 MAR 23 A 10: 37

_Naomi C. Earp_____       _3/23/05_____
Signature                      Date

Please return one copy of this form to the Executive Secretariat's
Office.

*SL*

COMMISSIONER'S ACTION SHEET
FOR: COMMISSIONER Leslie E. Silverman

Regular Notation Vote#: A5-016R          Circulation FROM: 03/22/05
                                                       TO: 03/23/05 *Noon*

    Abstain                                   Recused
     [ ]                                       [ ]


Description                                              APP    DAPP
-----------------------------------------------------
SCHEDULING A COMMISSION MEETING AT 1:00PM ON              ✓      [ ]
THURSDAY, MARCH 24, 2005, WITH LESS THAN ONE
WEEK'S NOTICE, TO CONSIDER THE SPRING 2005
REGULATORY AGENDA.

[Stamp: RECEIVED OFFICE OF THE CHAIR 2005 MAR 22 P 5:28]

_____        March 22, 2005
Signature                      Date

Please return one copy of this form to the Executive Secretariat's
Office.

SR

COMMISSIONER'S ACTION SHEET
FOR: COMMISSIONER Stuart J. Ishimaru

RECEIVED
OFFICE OF THE CHAIR
2005 MAR 23 A 08:43

Regular Notation Vote#: A5-016R          Circulation FROM: 03/22/05 to 03/23/05 Noon

Abstain                                   Recused
[ ]                                       [ ]

Description                                                      APP   DAPP   Agenda
-----------------------------------------------------
SCHEDULING A COMMISSION MEETING AT 1:00PM ON                     [ ]   [ ]    [✓]
THURSDAY, MARCH 24, 2005, WITH LESS THAN ONE
WEEK'S NOTICE, TO CONSIDER THE SPRING 2005
REGULATORY AGENDA.

Counted as a Disapprove vote 1612.5(c)(1).

SL

Signature: Stuart J. Ishimaru          Date: 3/23/05

Please return one copy of this form to the Executive Secretariat's Office.