UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES, AFL-CIO<br><br>    Plaintiffs,<br><br>v.<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION, et al.<br><br>    Defendants. | Case No. 1:05CV01035 (RCL) |

**PROPOSED ORDER**

Upon Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, it is hereby

ORDERED that Defendants' motion is hereby GRANTED.

Date: _____, 2005        _____
                                 Royce C. Lamberth
                                 United States District Judge