# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:05CV01035 (RCL)<br>) |
| v. | )<br>) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al. | )<br>)<br>) |
| Defendants. | )<br>) |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff American Federation of Government Employees, AFL-CIO, by its undersigned counsel, hereby submits this Consent Motion for Extension of Time.

On July 22, 2005, Defendant Equal Employment Opportunity Commission and Cari Dominguez filed a Memorandum of Points and Authorities in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment. Plaintiff intends to file a Memorandum of Points and Authorities in Opposition to Defendant's Motion, which would be due on August 2, 2005, under the court's rules and Fed. R. Civ. P. 6, 7 and 12.

However, Defendants' counsel, Carlotta Wells, has consented to an extension of time for Plaintiff to file its Opposition, through and including August 31, 2005.

The parties have also agreed to extend the due date for Defendants' reply to Plaintiff's Opposition to Motion, through and including September 12, 2005.

WHEREFORE, Plaintiff moves the Court to grant the requested extensions of time.

Respectfully submitted,

Dated: July 27, 2005                                By:     /s/

_____
Sarah J. Starrett (D.C. Bar No. 443314)
Supervisory Attorney
Mark D. Roth (D.C. Bar No. 235473)
General Counsel
Charles Hobbie (D.C. Bar No. 283499)
Deputy General Counsel
American Federation of Government Employees,
AFL-CIO
80 F Street, NW
Washington, DC 20001
Telephone: (202) 639-6420
Facsimile: (202) 639-4112
Email: rothm@afge.org
           hobbic@afge.org
           sstarrett@afge.org

*Attorneys for Plaintiff*

AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES

{00208124.DOC}

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing Consent Motion for Extension of Time and Proposed Order were served via electronic delivery on this, the 27th day of July, 2005, on the following persons:

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney
ARTHUR R. GOLDBERG
CARLOTTA P. WELLS
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
(202) 514-4522 (telephone)
(202) 616-8470 (facsimile)
Carlotta.wells@usdoj.gov

                                                \_\_\_\_\_/s/_____
                                                Sarah J. Starrett