UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al. </br></br>　　　　Defendants. | Case No. 1:05CV01035 (RCL) |

## ORDER

As set forth in the Consent Motion for Extension of Time, and for good cause shown, it is hereby:

**ORDERED** that the Plaintiff shall file its Opposition to the Defendants Memorandum of Points and Authorities in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment by August 31, 2005 and

**ORDERED** that Defendants shall reply to Plaintiff's Opposition to Motion by September 12, 2005.


Dated: _____　　　　_____
　　　　　　　　　　　　　　　The Hon. Royce C. Lamberth

{00208151.DOC}