UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF | ) | |
| GOVERNMENT EMPLOYEES, AFL-CIO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05CV01035 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| EQUAL EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PROPOSED ORDER**

Upon Plaintiff's Opposition to Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment, it is hereby

ORDERED that Defandant's motion is hereby DENIED.

Date: _____, 2005                    _____

Royce C. Lamberth
United States District Judge

{00209304.DOC}