UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Defendant. | Civil Action No. 05-1035 (RCL) |

## ORDER

Upon consideration of defendant's Unopposed Motion [3] for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is hereby

ORDERED that defendant's Unopposed Motion [3] for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint is extended to and including July 22, 2005, *nunc pro tunc*, and the dispositive motion filed that date shall be deemed timely.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 25, 2006.